IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC<br><br>Plaintiff,<br><br>v.<br><br>ORIENTAL TRADING COMPANY, INC.<br><br>Defendant. | C.A. No. 12-1553-RGA |

**DEFENDANT ORIENTAL TRADING COMPANY'S MOTION
TO STAY PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

Defendant Oriental Trading Company, Inc. ("Oriental Trading") moves to stay this case pending the ex parte reexamination of U.S. Patent No. 6,311,231 (Control No. 90/012,617) and the inter partes reexamination of U.S. Patent No. 6,668,286 (Control No. 95/002,317). Oriental Trading joins in and incorporates the arguments set forth in the briefs filed by defendants HSN, Inc. (C.A. No. 12-1546, D.I. 10) and Bosch Security Systems Inc. (C.A. No. 12-1650, D.I. 10).

Plaintiff Pragmatus Telecom, LLC has alleged that Oriental Trading, HSN, Inc. and Bosch Security Systems each "infringe directly one or more claims of" U.S. Patent Nos. 6,311,231 and 6,668,286. See D.I. 9, ¶¶ 10, 13; C.A. No. 12-1546, D.I. 1 ¶¶ 10, 13; C.A. No. 12-1650, D.I. 11 ¶¶ 10, 13.

Dated:  March 1, 2013	FISH & RICHARDSON P.C.


	By: */s/ Susan M. Coletti*
	    Susan M. Coletti (#4690)
	    222 Delaware Avenue, 17th Floor
	    P.O. Box 1114
	    Wilmington, DE  19801
	    Telephone:  (302) 652-5070
	    Facsimile:  (302) 652-0607
	    coletti@fr.com

	*Attorney for Defendant*
	*Oriental Trading Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 1, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Margaret Elizabeth Day, Esquire<br>Ian N. Feinberg, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sal Lim, Esquire<br>Yakov Zolotorev, Esquire<br>FEINBERG DAY ALBERTI &THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ Susan M. Coletti
Susan M. Coletti (#4690)